Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
SCHNEUR ZALMAN GETZEL ROSENFELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:22-CR-00046 WBS |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S WAIVER OF APPEARANCE** |
| SCHNEUR ZALMAN GETZEL ROSENFELD, | |
| Defendant. | |

Defendant, Schneur Zalman Getzel Rosenfeld, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence. Defendant hereby requests the Court to proceed during his every absence that the Court may permit pursuant to this waiver; and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if

defendant were personally present; and further agrees to be present in person in court ready for trial on any date that the Court may fix in his absence.

Dated:  January 12, 2023.

          /s/ Schneur Zalman Getzel Rosenfeld
          SCHNEUR ZALMAN GETZEL ROSENFELD

Dated:  January 12, 2023.          **SEGAL & ASSOCIATES, PC**

          By:   /s/ Malcolm Segal
                MALCOLM SEGAL
                Attorneys for Defendant
                SCHNEUR ZALMAN GETZEL ROSENFELD

IT IS SO ORDERED.

Dated:  January 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE